# IN THE SUPREME COURT OF THE STATE OF NEVADA

MARC SHAWN POUND,
Appellant,
vs.
SALINA K. JAMES, N/K/A SALENA
ROBINSON,
Respondent.

No. 82045

FILED

APR 29 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal. Second Judicial District Court, Family Court Division, Washoe County; Chuck Weller, Judge.

Appellant fails to identify any appealable order in his notice of appeal. In the documents transmitted to this court pursuant to NRAP 3(g), the clerk of the district court notes that "Appellant's Notice of Appeal does not designate the Judgment, order or part thereof being appealed as required by [procedural rules]." Appellant's appellate brief states that he is challenging a September 30, 2020, "order to suspend driver's license" and an October 15, 2020, "master's findings and recommendations to modify," which appear to relate to child support proceedings and are not part of District Court Case No. DV03-00255, appellant's divorce case underlying this appeal. Thus, appellant's notice of appeal appears to have been filed incorrectly in the case below, as no such orders were entered in that district court case and are therefore not part of the record on appeal. *See* NRAP 10(a) ("The trial court record consists of the papers and exhibits filed in the district court . . . ."); *Carson Ready Mix, Inc. v. First Nat'l Bank of Nev.*, 97 Nev. 474, 476, 635 P.2d 276, 277 (1981) ("We cannot consider matters not properly appearing in the record on appeal."). As the orders appellant seeks

21-12302

to challenge are not available to or properly before this court in this appeal, we

ORDER this appeal DISMISSED.

_____, C.J.
Hardesty

_____, J.
Stiglich

_____, J.
Silver

cc:     Chief Judge, Second Judicial District Court
        Second Judicial District Court, Department 11
        Marc Shawn Pound
        Salina K. James
        Washoe District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A